No. 3342.—GUADALUPE, APLTE., *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, APLDA.—C. D. Ponce. Dic. 24, 1924. Reclamación de compensación.

POR CUANTO, la corte inferior después de celebrado un juicio sobre los méritos, dictó una sentencia a favor del demandante-apelante por la suma de $400;

POR CUANTO, celebrado un nuevo juicio que tuvo lugar aparentemente con la misma prueba ya practicada en el anterior, a excepción de la declaración del demandante que en nada debilitó o disminuyó la fuerza probatoria de la evidencia en conjunto, dicha corte dictó otra sentencia a favor del demandante-apelante por la suma de $150 sin expresar motivo o fundamento alguno para tal cambio de criterio;

POR CUANTO, tampoco encontramos en el alegato de la apelada ni en los autos base alguna adecuada para sustentar una diferencia tan sustancial, y no apareciendo a nuestro juicio que sea excesiva la cantidad primeramente concedida por la corte inferior;

POR TANTO, se modifica la sentencia apelada en el sentido de conceder al demandante-apelante una compensación por la lesión parcial permanente sufrida en la suma de $400 en lugar de los $150 que le adjudicó la corte inferior, y *así modificada, se confirma dicha sentencia.*